# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5253
_____

K.T., Mother of C.T., Minor
Child,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

April 16, 2018

PER CURIAM.

Upon consideration of Appellant's response to this Court's order of December 19, 2017, the Court has determined that the notice of appeal failed to invoke the Court's jurisdiction in a timely manner. Accordingly, the appeal is dismissed for lack of jurisdiction.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Ward L. Metzger, Children's Legal Services, Jacksonville, for Appellee.

Thomasina Moore and Sara E. Goldfarb, Guardian ad Litem Program, Sanford.